MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M12-0121

------------------X

UNITED STATES OF AMERICA

- against -

JAMES FLEURY
    also known as
    "Jerry Fluery",

                Defendant.

------------------X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
EASTERN DISTRICT OF
TENNESSEE

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

        BENJAMIN FREEMAN, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service ("USSS"), duly appointed according to law and acting as such.

        Upon information and belief, on April 26, 2011, an arrest warrant was issued by the United States District Court for the Eastern District of Tennessee, commanding the arrest of the defendant JAMES FLEURY, for Counterfeiting.

        The source of your deponent's information and the grounds for his belief are as follows:

        1.    On April 26, 2011, an arrest warrant was issued by the United States District Court for the Eastern District of Tennessee, commanding the arrest of the defendant JAMES FLEURY, for Counterfeiting pursuant to an Indictment issued by the Eastern District of Tennessee. A copy of the arrest warrant and indictment are attached.

        2.    I am an Special Agent with the USSS currently

assigned to the Eastern District of New York.  On or about January 31, 2012, I received information that the defendant, JAMES FLEURY had been arrested by the New York City Police Department for Possession of Marijuana using the name Jerry Fluery.  The defendant was taken to 75th Precinct for processing.  During his arrest processing the defendant was fingerprinted.  A comparison of the fingerprints indicated that the individual arrested by the NYPD was in fact the defendant.  Law enforcement officers in Tennessee investigating the defendant sent a copy of the defendant's pedigree information and picture to the USSS for verification.  I verified that the individual pictured in the material received from the investigating agent matched the individual arrested by the NYPD.  During processing by the USSS the defendant admitted that he was JAMES FLUERY from Tennessee.

3. It is the desire of the United States Attorney for the Eastern District of Tennessee that the defendant JAMES FLUERY be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant JAMES FLUERY be removed to the Northern District of New York so that he may be dealt with according to law.

Benjamin Freeman
Special Agent
United States Secret Service

Sworn to before me this
2nd day of February, 2012

TH
UN
EA

3

UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

2011 APR 27 AM 8:38
U.S. MARSHAL, ED/TN
CHATTANOOGA, TENNESSEE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Fleury, Jerome Dakins and Rodney Marolen | ) ) ) ) | Case No. 1:11-CR-34 |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Fleury
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Counterfeiting.

Date: 4/26/11

C. Palmer
*Issuing officer's signature*

City and state: Chattanooga, Tennessee

Cyndee Palmer, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

FID#2086606 2909802#017 74-0428-1248-J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Judge Collier/Carter |
| v. | ) | |
| | ) | 1:11-cr-34 |
| JAMES FLEURY, | ) | |
| JEROME DUKINS and | ) | |
| RODNEY MERELAN | ) | |

### INDICTMENT

### COUNTS ONE THROUGH THIRTY
### COUNTERFEITING

The Grand Jury charges that on or about March 4, 2011, in the Eastern District of Tennessee and elsewhere, the defendants, JAMES FLEURY, JEROME DUKINS and RODNEY MERELAN, aided and abetted by each other, with intent to defraud, did keep in possession and conceal, falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes in the denominations, Series and Serial No.'s listed below, which they then knew to be falsely made, forged and counterfeited:

| Count | Denomination | Series | Serial No. |
|---|---|---|---|
| 1 | $100 | 2006 | DJ86365382A |
| 2 | $100 | 2006 | DJ86365376A |
| 3 | $100 | 2006 | DJ86365374A |
| 4 | $100 | 2006 | DJ86365370A |
| 5 | $100 | 2006 | DJ86365366A |
| 6 | $100 | 2006 | DJ66365397A |
| 7 | $100 | 2006 | DJ66365393A |
| 8 | $100 | 2006 | DJ66365391A |
| 9 | $100 | 2006 | DJ66365386A |

| 10 | $100 | 2006 | DJ66365385A |
|----|------|------|-------------|
| 11 | $100 | 2006 | FL99324164B |
| 12 | $100 | 2006 | FL99324153B |
| 13 | $100 | 2006 | FL99324148B |
| 14 | $100 | 2006 | FL99324144B |
| 15 | $100 | 2006 | FL99324142B |
| 16 | $100 | 2006 | FL99324137B |
| 17 | $100 | 2006 | FL99324161B |
| 18 | $100 | 2006 | FL99324152B |
| 19 | $100 | 2006 | FL99324146B |
| 20 | $100 | 2006 | FL99324141B |
| 21 | $100 | 2006 | DB12421009A |
| 22 | $100 | 2006 | DB12421020A |
| 23 | $100 | 2006 | DB12421031A |
| 24 | $100 | 2006 | DB12421005A |
| 25 | $100 | 2006 | DB12421010A |
| 26 | $100 | 2006 | DB12421016A |
| 27 | $100 | 2006 | DB12421013A |
| 28 | $100 | 2006 | DB12421027A |
| 29 | $100 | 2006 | DB12421022A |
| 30 | $100 | 2006 | DB12421029A |

All in violation of Title 18, United States Code, Section 472 and 2.

                                              A TRUE BILL:

                                              /s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: /s/ James T. Brooks
    James T. Brooks,
    Assistant U.S. Attorney

## CRIMINAL CASE COVER SHEET          U.S. ATTORNEY'S OFFICE

**Place of Offense** <u>Chattanooga, TN; Hamilton County</u>

**Defendant Information:**

**Juvenile** ___ Yes _X_ No          **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** <u>James Fleury, Jerome Dukins and Rodney Merelan</u>

**Total # of Counts:** ___ Petty   ___ Misdemeanor (Class ___)   _30_ Felony

|  | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 472 - Counterfeiting | 1-30 |

(Use tab key after entering counts to create additional rows)

|  | **SUPERSEDING INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 |  |  |  |  |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed:  Yes _____ Case No. _____ No _X_

For Informations, name of defendant's attorney:

_____

Retained: _____       Appointed: _____

Interpreter: Yes _____ Language _____ No _____

Related Case(s)–Include case number(s) and how related:

_____

Date: <u>April 26, 2011</u>       Signature of AUSA:   <u>/s/ James T. Brooks</u>